# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                       Plaintiff,

v.                                             Case No.: 1:18−cr−00035
                                                    Honorable John J. Tharp Jr.

James Vorley, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 16, 2019:

      MINUTE entry before the Honorable John J. Tharp, Jr. as to James Vorley, Cedric Chanu: Defendants joint, unopposed motion to postpone arraignment [136] is granted. The arraignment scheduled before Magistrate Judge Cummings on December 18, 2019 is stricken; arraignment will be held before Judge Tharp at a date to be determined. Mailed notice (air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.