UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 18 Cr. 35 (Tharp, J.) |
| ) | |
| JAMES VORLEY and CEDRIC CHANU, ) | |
| ) | |
| Defendants ) | |

**DEFENDANT JAMES VORLEY'S UNOPPOSED MOTION FOR LEAVE
TO FILE A BRIEF IN EXCESS OF FIFTEEN PAGES**

Defendant James Vorley, by and through counsel, respectfully requests leave to file his Memorandum of Law In Support of Defendant James Vorley's Motion to Suppress Statements ("Memorandum"), which exceeds the fifteen-page limit set forth in Local Rule 7.1. In support of this Motion, counsel states as follows:

1. Counsel has worked diligently to keep the Memorandum concise. However, in order to adequately set forth the factual background surrounding the relevant statements and legal issues showing why they should be suppressed, counsel requires in excess of 15 pages but no more than 20 pages.

2. Pursuant to Local Rule 7.1, as applied to criminal proceedings through Local Criminal Rule 1.2, counsel may only file a memorandum in excess of fifteen pages with leave of the Court.

3. Counsel conferred with counsel for the Government about this request on January 7, 2020. The Government does not oppose this request for an order granting leave to file a brief of up to 20 pages.

WHEREFORE, Mr. Vorley requests entry of an order granting this motion for leave to file a 20-page brief in support of his motion to suppress.

Dated: January 8, 2020            Respectfully submitted,

*/s/ Christopher S. Burrichter*
Christopher S. Burrichter
Dechert LLP
35 W. Wacker Drive, Suite 3400
Chicago, IL 60601
Phone: (312) 646-5823
Christopher.Burrichter@dechert.com

Matthew L. Mazur (*pro hac vice*)
Roger A. Burlingame
Dechert LLP
160 Queen Victoria Street
London EC4V 4QQ
United Kingdom
Phone: +44 20 7184 7487
Matthew.Mazur@dechert.com

*Attorneys for Defendant*
*James Vorley*

## **CERTIFICATE OF SERVICE**

I, Christopher S. Burrichter, hereby certify that on January 8, 2020, the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send notification of such filing to all registered attorneys of record.

                                                     */s/ Christopher S. Burrichter*
                                                     Christopher S. Burrichter