UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) ) | No. 18 Cr. 35 (Tharp, J.) |
| JAMES VORLEY and CEDRIC CHANU, | ) ) ) | |
| Defendants | ) ) | |

**DEFENDANTS' UNOPPOSED
MOTION TO CONTINUE PRETRIAL DEADLINES**

Defendants James Vorley and Cedric Chanu ("Defendants") respectfully request that all pretrial deadlines between today's date and April 7, 2020, including the deadlines on April 7, 2020, be continued to a date to be determined following the Parties' upcoming status conference on April 7, 2020. The government does not oppose this motion. In support thereof, the Defendants state as follows:

1. On March 6, 2020, the Parties submitted their agreed proposed pretrial schedule ("Pretrial Schedule"). (Dkt. 183) The Court adopted the Pretrial Schedule on March 11, 2020. (Dkt. 184)

2. The Pretrial Schedule was established prior to the COVID-19 public health emergency.

3. On March 12, 2020, the Northern District of Illinois released Amended General Order 20-0012, which "suspends and continues" until April 3, 2020, "any and all events and deadlines" for pending criminal cases in the Northern District of Illinois. This Court issued a minute entry on March 16, 2020 implementing that Order in this matter. (Dkt. 191) The Court

adjourned the status hearing in this matter to April 7, 2020, and instructed the parties to be prepared to discuss whether the trial should go forward on May 5, 2020, and any necessary adjustments to the Pretrial Schedule.

4. On March 17, 2020, the Government submitted an agreed motion to reconsider that continuance of pre-trial dates, expressing the Parties' shared desire to move forward with the May 5, 2020 trial date, if possible, and to maintain the Pretrial Schedule. (Dkt. 194) The Court granted the motion on March 18, 2020, and restored the Pretrial Schedule, without prejudice to any party seeking further relief by motion. (Dkt. 198).

5. Thereafter, the Government filed its *Santiago* proffer (Dkt. 199), and Defendants served their expert disclosures on the Government and filed a reply brief on their motion to compel (Dkt. 200).

6. As this Court is aware, the COVID-19 public health emergency has dramatically worsened during the past week. The State of Illinois is under a shelter in place order and the Northern District of Illinois courthouse remains generally closed. The Defendants and their lawyers are unable to travel from their homes both in the United States and abroad, and the Defendants' attorneys are no longer permitted to visit their offices.

7. Although the Parties were eager to maintain the existing schedule, the events of this past week, including newly imposed government restrictions on movement, the closure of law firm offices, and the increased difficulties associated with attempting to work remotely, have made it clear that the deadlines in the Pretrial Schedule will not be met.

8. The Defendants accordingly seek a continuance of the Parties' deadlines in the Pretrial Schedule up to and including those deadlines on April 7, 2020. These deadlines include

the exchange of trial witness lists, exhibit lists, *Jencks* materials, *Daubert* motions, and motions in limine.

9. Consistent with the Court's instruction when setting the April 7, 2020 conference, the Defendants will meet and confer with the government in advance of the April 7, 2020 conference regarding the viability of the May 5, 2020 trial date and any further adjustments to the pretrial schedule.

10. Defendants have confirmed that the Government does not oppose this motion.

WHEREFORE, Defendants respectfully request that all pretrial deadlines between today's date and April 7, 2020, including those deadlines on April 7, 2020, be continued to dates to be determined following the Parties' upcoming status conference on April 7, 2020.

Dated: March 26, 2020

*/s/ Roger A. Burlingame*
Roger A. Burlingame
Matthew L. Mazur
Lauren Bowman
Dechert LLP
160 Queen Victoria Street
London EC4V 4QQ
United Kingdom Phone:
+44 20 7184 7333
Roger.Burlingame@dechert.com
Matthew.Mazur@dechert.com
Lauren.Bowman@dechert.com

Christopher S. Burrichter
Dechert LLP
35 W. Wacker Dr.
Suite 3400
Chicago, IL 60601
Phone: 312-646-5800
Christopher.Burrichter@dechert.com

*Attorneys for Defendant*
*James Vorley*

*/s/ Michael G. McGovern*
Michael G. McGovern
Helen Gugel
Ropes & Gray LLP
1211 Avenue of the Americas
New York NY 10036
Phone: (212) 841-8860
Michael.McGovern@ropesgray.com

Aaron Katz
Ropes & Gray LLP
800 Boylston Street
Boston, MA 02199
Phone: (617) 951-7117
Aaron.Katz@ropesgray.com

*Attorneys for Defendant*
*Cedric Chanu*

## CERTIFICATE OF SERVICE

    I, Roger A. Burlingame, do hereby certify that on March 26, 2020 a true and correct copy of the foregoing was filed electronically and is available for viewing and downloading from the Court's EM/ECF system. Notice of this filing will be sent to all registered attorneys of record by operation of the ECF System.

                                                */s/ Roger A. Burlingame*
                                                Roger A. Burlingame