UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES VORLEY, and<br>CEDRIC CHANU | No. 18 CR 35<br><br>Judge John J. Tharp, Jr. |

## MOTION TO SEAL

The United States of America, by ROBERT A. ZINK, Chief of the Fraud Section, Criminal Division, respectfully requests permission to file a forthcoming motion under seal and on an *ex parte* basis in order to obtain approval to file certain records (the "Records") under seal and *ex parte*.

To obtain permission from the Court to file anything under seal, the party seeking permission must provide the Court with a basis for granting the request. *See* Local Rule 26.2(b). Because of the nature of the Records, the government is unable to explain in this publicly-filed motion its rationale for why it wishes to provide the Records under seal and *ex parte*. Therefore, the government respectfully requests permission to file a separate motion explaining its reasons under seal and on an *ex parte* basis.

      Respectfully submitted,

      ROBERT A. ZINK
      Chief
      Criminal Division, Fraud Section
      U.S. Department of Justice

By:  */s/ Leslie S. Garthwaite*
      Brian Young, Deputy Chief
      Avi Perry, Assistant Chief
      Leslie S. Garthwaite, Trial Attorney
      Criminal Division, Fraud Section
      U.S. Department of Justice
      Telephone: (202) 631-6388
      Email: leslie.garthwaite@usdoj.gov

Dated: April 13, 2020