# EXHIBIT D



**U.S. Department of Justice**

Criminal Division

---

*Fraud Section*                                    *Washington, D.C. 20530*

March 19, 2020

<u>**VIA EMAIL**</u>

Michael G. McGovern, Esq.                Roger A. Burlingame, Esq.
Ropes & Gray LLP                         Dechert LLP
1211 Avenue of the Americas              160 Queen Victoria Street
New York, NY 10036                       London EC4V 4QQ, United Kingdom
michael.mcgovern@ropesgray.com           roger.burlingame@dechert.com

Re: *United States v. Vorley, et al.*, No. 18 CR 35

Dear counsel:

We intend to call three trial witness who are performing work pursuant to contracts with the Department of Justice ("DOJ").

1. <u>Charles Graf</u> is a graphic designer who will be testifying under a contract with Nicole Matthiesen Presentations. The DOJ has a contract with Nicole Matthiesen Presentations in the amount of $61,398 relating to Mr. Graf's work in <u>United States v. Vorley, et al</u>. To date, the DOJ has paid $22,243 under this contract. We expect Mr. Graf will bill additional fees between now and trial.

   The DOJ also is in the process of entering into a contract with Nicole Matthiesen Presentations relating to Mr. Graf's work in <u>United States v. Bases, et al.</u> in the amount of $31,648. Work on this contract has not yet begun.

2. <u>Kumar Venkataraman</u> is an economics professor who will be testifying under a contract with Wodehouse Consulting in the amount of $58,000. To date, the DOJ has paid $15,620 under this contract. We expect substantially all the remaining funds to be used by the time of trial.

   The DOJ also has entered into a contract with Wodehouse Consulting relating to Professor Venkataraman's work in <u>United States v. Bases, et al.</u> in the amount of $66,000. Work on this contract has not yet begun.

3. <u>Samir Warty</u> is a vice president at Analysis Group, Inc. ("AGI"). He will be testifying under a contract with AGI. To date, the DOJ has paid AGI $656,746 for its work relating to <u>United States v. Vorley et al.</u> In total, the DOJ has paid AGI $5,821,309 for its work over five years relating to various spoofing, fraud, and commodities manipulation investigations (including this one). AGI's work on this case and other investigations is

ongoing; we expect the Department of Justice will continue to make payments to AGI between now and trial.

Dr. Warty does not have personal knowledge of how much AGI has been paid by the DOJ—either in this case or more broadly over the past five years. If you ask Dr. Warty how much AGI has been paid, we expect he will answer that he does not know. As a result, we do not view this information as relevant to his testimony or appropriate for cross-examination. If you nevertheless intend to ask Dr. Warty about payments to, or contracts with, AGI, please advise us as soon as possible so we can file a motion in limine.

This letter, and the information in this letter, is subject to the terms of the stipulated protective order governing this case.

Very truly yours,

*/s/ Avi Perry*
Avi Perry, Assistant Chief
Brian Young, Deputy Chief
Leslie S. Garthwaite, Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section