Case: 1:18-cr-00035 Document #: 287-4 Filed: 08/25/20 Page 1 of 4 PageID #:3733

# EXHIBIT D



160 Queen Victoria Street
London EC4V 4QQ
UK
+44 (0) 20 7184 7000 Main
+44 (0) 20 7184 7001 Fax
DX 30 London
www.dechert.com

Mr. Brian Young
Mr. Avi Perry
Ms. Leslie Garthwaite
U.S. Department of Justice
Criminal Division, Fraud Section
1400 New York Ave., N.W.
Washington, D.C. 20005

**MATTHEW L. MAZUR**
*Partner*

matthew.mazur@dechert.com
+44 20 7184 7487 Direct
+44 20 7184 7001 Fax

**BY EMAIL**

14 April 2020

Re: *United States v. Vorley*, 18-cr-00035 (N.D. Ill.)

Dear Brian, Avi, and Leslie:

We write in response to the government's letter dated March 24, 2020 regarding our expert disclosures of March 21, 2020 and to request additional disclosure regarding the government's experts.

### **The Government's March 24, 2020 Requests**

You have asked us to identify the evidence Mr. Keenan considered when forming certain opinions concerning the defendants' trading, including any Bates numbers for documents produced by the government. In response, we disclose that Mr. Keenan considered the Superseding Indictment and the records of the defendants' trading surrounding the trading sequences identified by the government. The latter were extracted from the data produced to us on December 18, 2018 (DOJ01987358).

You have also asked for further explanation of the basis for some of Professor Markham's opinions. In response, we refer you to the *amicus* brief filed by Professor Markham in the United States Supreme Court in connection with the petition for a writ of certiorari in *Coscia v. United States*, which we are transmitting along with this letter.

Finally, you have asked when we expect to complete our disclosures for Professor Fischel and Dr. Walton and to confirm that we will not object on the basis of timeliness to any *Daubert* challenge "within two weeks of when disclosures are complete." We continue to work with our experts on analysis of the trade data that will be responsive to the government's belated disclosures, including a disclosure as recently as April 7, 2020. We do not yet know when we will complete our disclosures for Professor Fischel or Dr. Walton, but we expect to do so well in advance of the trial.

Dechert LLP is a limited liability partnership registered in England & Wales (Registered No. OC306029) and is authorised and regulated by the Solicitors Regulation Authority.
A list of the names of the members of Dechert LLP (who are solicitors or registered foreign lawyers) is available for inspection at our registered office at the above address.
Dechert practises as a limited liability partnership or limited liability company other than in Dublin and Hong Kong.



Mr. Brian Young
14 April 2020
Page 2

Furthermore, we will not object based on timeliness if the government files *Daubert* challenges within two weeks of our disclosures.

**Requests for Additional Disclosure Regarding Government Experts**

We seek the following additional disclosure relating to the government's experts.

**All Disclosed Experts**

Consistent with your request regarding Mr. Keenan, please identify any evidence reviewed by the government's experts in forming their opinions, including by Bates number if applicable.

**Professor Venkataraman**

Your February 4, 2020 disclosure states that Professor Venkataraman "will testify based on academic research and economic modeling, that if false or misleading information about supply and demand were introduced into a given market, it is capable of influencing that market." Please provide us with the academic research and economic modeling Professor Venkataraman relied upon in forming this opinion.

Your March 13, 2020 disclosure states, among other things, that Professor Venkataraman will testify that:

- "Posting of a large, visible limit order (or groups of visible limit orders) conveys that the limit order trader(s) may possess valuable private information regarding future price movements in the commodity."

- "Other markets participants therefore tend to react to the posting of large, visible limit orders by trading ahead of the limit orders."

- "The extent of reaction by otherparticipants depends on the number of new limit orders posted, the size of the limit orders, and the price aggressiveness of the limit orders."

Please identify the reasons and bases for these opinions.

Finally, in order to ensure that our experts are responding directly to Professor Venkataraman's opinions, we request the computer code or program used in the analyses he performed.

**Special Agents Luca & Kendall**

Please identify the "shorthand terms" you expect the special agent witnesses to describe and explain, as well as the basis for their testimony regarding such terms.



Mr. Brian Young
14 April 2020
Page 3

Please provide a copy of Special Agent Kendall's *curriculum vitae*.

———

Please let us know if you have any questions regarding these requests.

Sincerely,

/s/ Matthew L. Mazur

Matthew L. Mazur

cc:   Michael G. McGovern