# EXHIBIT A



GOVERNMENT
EXHIBIT
1
Case: 1:18-cr-00035

**September 04, 2008 – 35.240 secs – Gold**

Sell Side: Vorley

Buy order placed 34.125 seconds after sell order
First sell order fill 0.028 seconds after buy order placed
Buy order canceled 0.639 seconds after last sell order fill

[1] (Iceberg) order to sell
20 contracts ($1,634,800)

[3] Sells all 20 contracts
while buy order active

V (20)

V 100

[2] Order to buy 100 contracts ($8,173,000)
Active for 1.116 seconds

[4] Cancels all 100
buy contracts

Buy Side: Vorley

○ Places Order    ✳ Modifies Order    ⊠ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    ── Mid–Price    ▨ Bid–Offer Spread



September 04, 2008 – 1.820 mins – Gold

## October 10, 2008 – 39.560 secs – Silver



Sell Side: Vorley

[3] Order to sell 50 contracts ($2,953,750)
Active for 1.023 seconds

[5] Cancels all 50 sell contracts

V 50

Sell order placed 38.534 seconds after buy order
After sell order placed, 0.021 seconds until next buy order fill
Sell order canceled 0.985 seconds after last buy order fill

V (12)

[1] (Iceberg) order to buy
12 contracts ($708,600)

[2] Buys 4 contracts

[4] Buys final 8 contracts while sell order active

Buy Side: Vorley

○ Places Order    ✳ Modifies Order    ⊠ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    —— Mid–Price    Bid–Offer Spread



**October 10, 2008 – 1.090 mins – Silver**

**October 31, 2008 – 13.300 secs – Gold**



**October 31, 2008 – 1.830 mins – Gold**



Sell Side: Vorley

[7] Sells 2 contracts after 2 buy contracts filled

[8] Sells final 27 contracts

V (50)

V 100

V 2

V 27

Buy Side: Vorley

| Places Order | Modifies Order | Cancels Order | Buys Contract | Sells Contract | (Iceberg Order) | Mid–Price | Bid–Offer Spread |

**November 10, 2008 – 18.140 mins – Gold**



Sell Side: Vorley

Sell order placed 989.268 seconds after buy order
After sell order placed, 0.018 seconds until next buy order fill

[3] Order to sell 100 contracts ($7,506,000)
Active for 1.200 seconds

[5] Cancels all 100 sell contracts

V 100

C (50)

[1] (Iceberg) order to buy 50 contracts ($3,752,500)

[2] Buys 41 contracts

[4] Buys 7 contracts while sell order active
Buys final 2 contracts 0.014 seconds after sell order canceled

Buy Side: Chanu

○ Places Order   ✳ Modifies Order   ⊠ Cancels Order   ▽ Buys Contract   △ Sells Contract   (Iceberg Order)   — Mid–Price   ▪ Bid–Offer Spread



**November 25, 2008 – 21.830 secs – Silver**





January 06, 2009 – 4.650 secs – Gold

# January 06, 2009 – 1.730 mins – Gold





January 22, 2009 – 14.670 secs – Gold

**January 28, 2009 – 4.400 mins – Gold**



Sell Side: Bases and Chanu

[1] Chanu (iceberg) order to sell 170 contracts ($15,172,500) placed at 07:37:16

[4] Chanu order to buy 101 contracts ($9,011,220) Order active for 1.619 seconds

[5] Chanu cancels all 101 buy contracts

[7] Chanu sells 170 contracts total (64 while buy orders active)

C(170/170)

C 101

B 41x10

B 4

B 21x10

[3] Bases 4 contracts filled

[6] Bases sells 4 contracts after 4 buy contracts filled

B 39x10

[8] Bases  49 contracts filled

[10] Bases sells 50 contracts after 49 buy contracts filled

B 50

[2] Bases places 250 orders to buy 2,740 total contracts ($244,394,900) Active for 1.741 seconds on average (shortest canceled 0.278 seconds)

[9] Cancels 98.1% of buy contracts (2,687 of 2,740)

B 250
B 148x10

Buy Side: Bases and Chanu

Chat: Government Exhibit 44

○ Places Order   ✳ Modifies Order   ⊠ Cancels Order   ▽ Buys Contract   △ Sells Contract   (Iceberg Order)   —— Mid-Price   ▨ Bid–Offer Spread

07:43:20.0   07:44:10.0   07:45:00.0   07:45:50.0   07:46:40.0

892.90   892.70   892.50   892.30   892.10   891.90   891.70   891.50   891.30   891.10   890.90   890.70



**January 28, 2009 – 4.400 mins – Gold**

Chat: Government Exhibit 44

Sell Side: Bases and Chanu

07:42:29  Chanu: we are 1 usd away from the target price
07:42:30  Bases: i will get it back for u...
07:42:36  Chanu: we ll sell it

07:47:30 Chanu: Absolutely brilliant
07:47:33 Chanu: thank you VM
07:47:36 Chanu: teacth me that pls

07:43:29  Chanu: brilliante

C(170/170)

C 101
B 41x10
B 4
B 21x10
B 39x10
B 50

B 250
B 148x10

07:47:38 Bases: welcome
07:47:46 Bases: i felt bad
07:47:51 Bases: and soemtimes u can do it
07:47:54 Bases: and soemtimes u cantr
07:48:02 Bases: but glad to help
[...]
07:48:32 Bases: got that up 2 bucks
[...]
07:49:11 Bases: that does show u how easy it is to manipulate it soemtimes
07:49:13 Chanu: yeah yeah of course ,
07:49:23 Bases: that was alot of clicking
07:49:47 Chanu: basically you tricked alkll the algorythm
07:49:48 Bases: good man
07:49:52 Bases: correct
07:49:59 Bases: i know how to "game" this stuff...
[...]
07:50:25 Bases: i f..k the mkt around a lot

Buy Side: Bases and Chanu

07:43:29

07:43:20.0    07:44:10.0    07:45:00.0    07:45:50.0    07:46:40.0

○ Places Order   ✳ Modifies Order   ⊠ Cancels Order   ▽ Buys Contract   △ Sells Contract   (Iceberg Order)   —— Mid-Price   ▨ Bid–Offer Spread

**January 30, 2009 – 1.470 mins – Gold**

Chat: Government Exhibit 45





**January 30, 2009 – 1.470 mins – Gold**

Chat: Government Exhibit 45

07:56:15 Chanu: Appreciate thks mate
07:56:18 Bases: welcome
07:56:24 Chanu: what a team
07:56:33 Bases: thats what im here for

#10

**February 03, 2009 – 11.950 secs – Gold**

Chat: Government Exhibit 46



**February 03, 2009 – 3.090 mins – Gold**

Chat: Government Exhibit 46



Sell Side: Chanu

[1] Chanu (iceberg) order to sell 50 contracts ($4,532,500)

C (50)

C 2x101

[4] Chanu sells 34 contracts total
(28 while buy orders active)

C (34)

C (42)

C (34)

C 2x101

B 7x10

B 7x10   C 101

C 101

C 101

C 101
B 10

B 10x10

[5] Bases 8 buy contracts filled

B 10

[6] Bases 3 buy contracts filled

C (33)

B 10

B 7x10

[2] Chanu 8 orders to buy 808 total contracts ($73,200,760)
Active for 0.888 seconds on average (shortest 0.483 seconds)

[3] Bases 34 orders to buy 340 total contracts ($30,792,800)
Active for 1.355 seconds on average (shortest canceled 0.178 seconds)

[7] Chanu cancels all 808 buy contracts

[8] Bases cancels 96.8% of buy contracts (329 of 340)

Buy Side: Bases and Chanu

10:30:00.0     10:30:50.0     10:31:40.0     10:32:30.0

○ Places Order   ✳ Modifies Order   ⊠ Cancels Order   ▽ Buys Contract   △ Sells Contract   (Iceberg Order)   —— Mid–Price   ▮ Bid–Offer Spread



**February 03, 2009 – 3.090 mins – Gold**

#12

**February 17, 2009 – 8.800 secs – Gold**





**February 17, 2009 – 7.410 mins – Gold**



March 11, 2009 – 3.080 secs – Gold

#13

Sell Side: Vorley

Buy order placed 2.382 seconds after sell order
First sell order fill 0.013 seconds after buy order placement
Buy order canceled 0.637 seconds after last sell order fill

[1] (Iceberg) order to sell 10 contracts ($901,000)

[3] Sells all 10 contracts while buy order active

V (10)

[2] Order to buy 100 contracts ($9,009,000)
Active for 0.695 seconds

V 100

[4] Cancels all 100 buy contracts

Buy Side: Vorley

○ Places Order   ＊ Modifies Order   ⊠ Cancels Order   ▽ Buys Contract   △ Sells Contract   (Iceberg Order)   — Mid–Price   Bid–Offer Spread



**August 19, 2009 – 7.030 secs – Silver**

Sell Side: Vorley

Buy order placed 6.236 seconds after sell order
After buy order placed, 0.010 seconds until next sell order fill
Buy order canceled 0.785 seconds after last sell order fill

[1] (Iceberg) order to sell 7 contracts ($476,000)

[2] Sells 3 contracts

[4] Sells final 4 contracts while buy order active

V (7)

V 50

[3] Order to buy 50 contracts ($3,398,750)
Order is 56.2% of visible order book
Active for 0.797 seconds

[5] Cancels all 50 buy contracts

Buy Side: Vorley

○ Places Order    ✳ Modifies Order    ⊠ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    —— Mid–Price    ▨ Bid–Offer Spread

**August 19, 2009 – 1.210 mins – Silver**

#14a





September 10, 2009 – 21.170 secs – Silver

**September 29, 2009 – 3.150 secs – Gold**





**September 29, 2009 – 46.940 secs – Gold**

Sell Side: Chanu

[1] (Iceberg) order to sell 2 contracts ($198,760)

C (2)

C (2)

C 100

C 100

[2] Order to buy 100 contracts ($9,937,000)
Order is 62.5% of visible order book
Active for 0.837 seconds

[3] Cancels all 100 buy contracts

Buy Side: Chanu

○ Places Order   ＊ Modifies Order   ⊠ Cancels Order   ▽ Buys Contract   △ Sells Contract   (Iceberg Order)   ── Mid-Price   ▨ Bid–Offer Spread



**October 08, 2009 – 12.880 secs – Gold**



October 08, 2009 – 1.360 mins – Gold



**October 23, 2009 – 2.500 secs – Silver**

Sell Side: Chanu

Buy order placed 1.866 seconds after sell order
First sell order fill 0.024 seconds after buy order placement
Buy order canceled 0.598 seconds after last sell order fill

[1] (Iceberg) order to sell 20 contracts ($1,793,500)

[3] Sells 20 contracts while buy order active

C (20)

C 100

[2] Order to buy 100 contracts ($8,965,000)
Order is 58.1% of visible order book
Active for 0.635 seconds

[4] Cancels all 100 buy contracts

Buy Side: Chanu

08:16:44.0    08:16:44.5    08:16:45.0    08:16:45.5    08:16:46.0

○ Places Order    ✳ Modifies Order    ⊗ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    ── Mid–Price    ▨ Bid–Offer Spread



October 23, 2009 – 1.020 mins – Silver

#18a



**October 26, 2009 – 17.480 secs – Gold**

#20

October 29, 2009 – 28.380 secs – Gold



**October 29, 2009 – 2.410 mins – Gold**





**November 11, 2009 – 1.030 mins – Gold**

Sell Side: Vorley

[1] (Iceberg) order to sell 40 contracts ($4,436,800)

[3] Sells 1 contract while buy orders active

[7] Cancels final 39 contracts at 01:30:08.614

V (40)

[6] Sells 5 contracts after 5 buy contracts filled

V 6x10

V 5

V 2x10

[4] 5 buy contracts filled
Order canceled 0.713 seconds after fills

V 4x10

V 10

[2] 13 orders to buy 130 total contracts ($14,417,000)
Active for 6.391 seconds on average (shortest canceled 3.955 seconds)

[5] Cancels 96.2% of buy contracts (125 of 130)

Buy Side: Vorley

○ Places Order    ✳ Modifies Order    ⊠ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    — Mid-Price    ▨ Bid-Offer Spread

#22

**February 09, 2010 – 45.150 secs – Gold**



Sell Side: Vorley

After first buy order placed, 2.244 seconds until next sell order fill
Next buy order canceled 0.240 seconds after last sell order fill

[1] (Iceberg) order to sell 50 contracts ($5,375,000)

[3] Sells 50 contracts total
(final 29 while buy orders active)

V (50)

V 5x10

V 10

V 4x10

V 3x10

[2] 13 orders to buy 130 total contracts ($13,971,900)
Orders are up to 51.2% of visible order book
Active for 2.367 seconds on average (shortest 0.224 seconds)

[4] Cancels all 130 buy contracts

Buy Side: Vorley

O Places Order    ✳ Modifies Order    ⊠ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    — Mid–Price    ▮ Bid–Offer Spread

**February 09, 2010 – 55.900 secs – Gold**

#22a





February 12, 2010 – 45.650 secs – Gold

#23



**March 30, 2010 – 14.080 mins – Silver**



**March 30, 2010 – 15.630 mins – Silver**



**March 30, 2010 – 14.080 mins – Silver**



**March 30, 2010 – 14.080 mins – Silver**





June 17, 2010 – 4.840 mins – Gold

Sell Side: Vorley

[1] (Iceberg) order to sell 200 contracts ($24,946,000)

[3] Sells 200 contracts total (48 while buy orders active)

[5] Sells 20 contracts after 20 buy contracts filled

[2] 37 orders to buy 370 total contracts ($46,139,200)
Orders are up to 56.5% of visible order book
Active for 2.773 seconds on average (shortest canceled 0.522 seconds)

[4] 20 buy contracts filled

[6] Cancels 94.6% of buy contracts (350 of 370)

Buy Side: Vorley

○ Places Order    ✳ Modifies Order    ⊗ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    — Mid–Price    ▨ Bid–Offer Spread

**June 17, 2010 – 4.840 mins – Gold**

#25a





June 17, 2010 – 4.840 mins – Gold

#25b

**August 26, 2010 – 19.910 secs – Gold**





August 26, 2010 – 8.320 mins – Gold

**October 07, 2010 – 1.850 mins – Gold**



**November 03, 2010 – 9.530 mins – Gold**

Chat: Government Exhibit 8B



#28a

**November 03, 2010 – 9.530 mins – Gold**

Chat: Government Exhibit 8B



02:56:49 Vorley: hahah
02:56:50 Vorley: na
02:56:54 Vorley: was cladssic
02:56:56 Vorley: jam it
02:56:57 Vorley: wooooooooooooo
03:00:52 Vorley: i moved ur offer up
03:00:53 Vorley: bif it up
03:00:58 Vorley: dropped it on AB :D
03:01:07 Liew: haha ok
03:01:08 Vorley: figured 71k
03:01:12 Vorley: wud then window dress fill
03:01:21 Liew: tricks from the mater
03:01:22 Liew: master

○ Places Order　　✳ Modifies Order　　⊠ Cancels Order　　▽ Buys Contract　　△ Sells Contract　　(Iceberg Order)　　— Mid–Price　　▩ Bid–Offer Spread

**November 03, 2010 – 9.530 mins – Gold**

Chat: Government Exhibit 8B



**November 16, 2010 – 1.830 mins – Gold**

#29

Chat: Government Exhibit 55





**November 16, 2010 – 10.870 mins – Gold**

Chat: Government Exhibit 55



**November 16, 2010 – 10.870 mins – Gold**

#29b

Chat: Government Exhibit 55

Sell Side: Chanu

06:56:42 Donohoe: it is being sold
06:56:47 Donohoe: u and i will sort the money out later
06:56:50 Donohoe: i'll be back
06:57:06 Chanu: I am taking care of it
06:57:12 Swasbrook: Ok
06:57:20 Gentile: the all desk takin care of you danny, what a service
06:57:26 Chanu: ahaha
06:57:44 Gentile: ced have i veer told you danny is the best sales guy globally?
06:57:51 Swasbrook: bite me
06:57:57 Gentile: hahahahah
06:58:01 Chanu: what a team !

07:03:57 Chanu: sold nearly 60k mate
07:04:01 Swasbrook: ok
07:04:12 Chanu: won t cost you more than 5 bux
07:04:15 Chanu: don t worry
07:07:31 Chanu: ok average on the fut is 1357.13 usd on spot

06:54:32 Donohoe: yo
06:54:36 Swasbrook: HEY
06:54:47 Swasbrook: SUNIL BOUGHT 74K GOLD
06:54:52 Swasbrook: IT SHOULD HAVE BEEN 7.5K
06:54:56 Donohoe: ok
06:54:56 Swasbrook: 7,4K
06:55:01 Swasbrook: YOU NEED TO GET ME OUT
06:55:04 Swasbrook: OF THE OTHER
06:55:07 Donohoe: i'll deal with it
06:55:37 Donohoe: i have to go to a meeting
06:55:41 Donohoe: ced selling it
06:55:47 Donohoe: i bring luigi in to
06:55:52 Swasbrook: ok 66.6 you need to sell

Buy Side: Chanu

○ Places Order    ✳ Modifies Order    ⊗ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    — Mid-Price    ▨ Bid-Offer Spread



**November 22, 2010 – 1.040 mins – Gold**



**December 17, 2010 – 4.720 mins – Gold**

**February 01, 2011 – 1.370 mins – Silver**



#32a

**February 01, 2011 – 4.500 mins – Silver**





**March 16, 2011 – 1.940 mins – Gold**

#33g
Chat: Government Exhibit 61

**March 16, 2011 – 8.900 mins – Gold**

#33ga
Chat: Government Exhibit 61

Sell Side: Vorley

[11] Sells final 20 contracts

[9] Sells 30 contracts
(25 while buy orders active)

V (50)    V (20)

V 8x10

[7] (Iceberg) order to sell 50
contracts ($6,999,000)

V 2x10    V 5x10

V (56)

V (19)

V 10x10

[8] 15 orders to buy 150 total contracts ($20,994,800)
Orders are up to 51.5% of visible order book
Active for 1.448 seconds on average (shortest 0.597 seconds)

V (50)

[10] Cancels all 150 buy contracts

V 2x10

Buy Side: Vorley

06:03:20.0    06:05:00.0    06:06:40.0    06:08:20.0    06:10:00.0    06:11:40.0

O Places Order    ✳ Modifies Order    ⊠ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    — Mid-Price    ▨ Bid–Offer Spread



March 16, 2011 – 8.900 mins – Gold

#33gb

Chat: Government Exhibit 61

Sell Side: Vorley

06:10:27 Farthing: jimmy
06:10:30 Farthing: give you 1k more pls
06:10:33 Farthing: plat
06:10:41 Farthing: and another 5k gold
06:10:44 Vorley: sure
06:10:45 Farthing: and 1 lac silevr
06:10:55 Farthing am too tired to think it though any mroe

06:01:56 Farthing: geezer
06:02:01 Farthing: can i give you 1k plat pls
06:02:09 Farthing: and 5k gold
06:02:23 Farthing: BUZZ!!!
06:02:24 Vorley: n
06:02:28 Vorley: yep
06:02:45 Vorley: 11
06:02:50 Vorley: and 99.something
06:02:54 Farthing: i am selling both
06:03:01 Farthing: right ?
06:03:10 Farthing: BUZZ!!!
06:03:14 Vorley: yep
06:03:47 Farthing: you knew that aal; along right ?

06:04:51 Vorley: 99:56
06:04:58 Vorley: spoofing it up
06:05:03 Vorley: ahem ahem
06:05:09 Farthing: hehecheers mate

06:11:32 Vorley: all done
06:11:38 Vorley: 10
06:11:42 Vorley: 38
06:11:46 Vorley: 99.8

Buy Side: Vorley

○ Places Order    ✳ Modifies Order    ⊗ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    — Mid-Price    ▨ Bid-Offer Spread



**March 16, 2011 – 15.850 secs – Silver**

#33s

Chat: Government Exhibit 61

**March 16, 2011 – 15.850 secs – Silver**

#33sa

Chat: Government Exhibit 61



Sell Side: Vorley

06:10:27 Farthing: jimmy
06:10:30 Farthing: give you 1k more pls
06:10:33 Farthing: plat
06:10:41 Farthing: and another 5k gold
06:10:44 Vorley: sure
06:10:45 Farthing: and 1 lac silevr
06:10:55 Farthing am too tired to think it though any mroe

V (20)

V 5x10

V 2x10

V 10

06:11:32 Vorley: all done
06:11:38 Vorley: 10
06:11:42 Vorley: 38
06:11:46 Vorley: 99.8

Buy Side: Vorley

○ Places Order    ✳ Modifies Order    ⊗ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    —— Mid–Price    ▨ Bid–Offer Spread



April 05, 2011 – 44.380 secs – Gold

#34

#34a



April 05, 2011 – 4.330 mins – Gold



**April 20, 2011 – 1.080 mins – Gold**

Sell Side: Chanu

[1] (Iceberg) order to sell 20 contracts ($3,003,600)

[4] Sells final 19 contracts while buy orders active

[2] Sells 1 contract

C (20)

[3] 16 orders to buy 160 total contracts ($24,024,900)
Orders are up to 62.7% of visible order book
Active for 3.179 seconds on average (shortest 0.792 seconds)

[5] Cancels all 160 buy contracts

C 5x10

C 4x10

C 3x10

C 3x10

C 10

After first buy order placed, 2.411 seconds until next sell order fill
First buy order cancellation 1.246 seconds after last sell order fill

Buy Side: Chanu

○ Places Order    ✳ Modifies Order    ⊠ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    — Mid–Price    ▮ Bid–Offer Spread



April 20, 2011 – 3.080 mins – Gold

#35a



May 05, 2011 – 10.660 secs – Silver

#36a

**May 05, 2011 – 1.390 mins – Silver**





May 09, 2011 – 30.000 secs – Gold



May 09, 2011 – 1.140 mins – Gold

#37a

#38

**May 11, 2011 – 1.360 mins – Silver**





**May 11, 2011 – 1.590 mins – Silver**

#38a



May 11, 2011 – 1.360 mins – Silver

#38b



July 13, 2011 – 6.690 secs – Silver



**August 07, 2011 – 42.030 secs – Gold**

#40

Chat: Government Exhibit 12B

**August 07, 2011 – 42.030 secs – Gold**

#40a

Chat: Government Exhibit 12B

Sell Side: Liew

L (50)

L (50)

L (39)

C 7x10

C 6x10

C (100)
C 8x10

C 9x10

C 2x10

C 5x10

C 10

C 10

C 10

22:38:28 Chanu: we long 20k?
22:38:43 Liew: yeah
22:38:49 Liew: so we job that
22:38:51 Liew: get ready
[...]
22:38:59 Chanu: go on maestro
[...]
22:42:57 Liew: i should job it here right
22:42:59 Liew: u think?
22:43:03 Chanu: yup
22:43:05 Chanu: sell 10k here
22:43:12 Chanu: i ll help you
22:43:26 Liew: too close to 1700 though

22:46:25 Liew: u be careful sweetie
22:46:28 Liew: dun get given here
22:46:29 Liew: lol

Buy Side: Chanu

1,702.50
1,702.40
1,702.30
1,702.20
1,702.10
1,702.00
1,701.90
1,701.80
1,701.70
1,701.60
1,701.50

22:46:00.0    22:46:10.0    22:46:20.0    22:46:25    22:46:30.0    22:46:40.0

○ Places Order    ✳ Modifies Order    ⊠ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    ── Mid-Price    ▨ Bid-Offer Spread



August 07, 2011 – 40.990 secs – Gold

#41

Sell Side: Liew

[1] (Iceberg) order to sell 50 contracts ($8,517,000)

[3] Sells 16 contracts while buy orders active

L (50)

C 5x10

C 6x10    C 6x10    C 6x10    C 6x10

C 4x10    C 2x10

C 4x10    C 10

C 2x10    C 2x10

C 10    C 10

C 3x10

L (34)

[2] 49 orders to buy 490 total contracts (83,447,300)
Orders are up to 76.9% of visible order book
Active for 2.845 seconds on average (shortest 0.435 seconds)

[4] Cancels all 490 buy contracts

Buy Side: Chanu

○ Places Order   ✳ Modifies Order   ⊠ Cancels Order   ▽ Buys Contract   △ Sells Contract   (Iceberg Order)   — Mid-Price   Bid-Offer Spread



#41a

August 07, 2011 – 4.570 mins – Gold



**August 08, 2011 – 7.410 secs – Silver**

**August 08, 2011 – 11.290 secs – Silver**





**August 09, 2011 – 18.450 secs – Gold**

Sell Side: Liew

Buy order placed 7.219 seconds after sell order
After buy order placed, 0.008 seconds until next sell order fill
Buy order canceled 0.740 seconds after last sell order fill

[1] (Iceberg) order to sell
30 contracts ($5,263,500)

[2] Sells 7 contracts

L (30)

[5] Sells final 12 contracts
while buy order active

[3] Sells 11 contracts

L (23)

C 50

[4] Order to buy 50 contracts ($8,771,000)
Order is 70.4% of visible order book
Active for 0.748 seconds

[6] Cancels all 50
buy contracts

Buy Side: Chanu

○ Places Order   ✳ Modifies Order   ⊠ Cancels Order   ▽ Buys Contract   △ Sells Contract   (Iceberg Orders)   —— Mid-Price   ▨ Bid–Offer Spread



**August 09, 2011 – 46.460 secs – Gold**

#43a



August 10, 2011 – 3.570 secs – Silver

**August 10, 2011 – 1.550 mins – Silver**



**August 10, 2011 – 25.560 secs – Silver**





**September 20, 2011 – 1.930 mins – Gold**

[2] 2 orders to sell 210 total contracts ($37,266,600)
Orders are up to 70.5% of visible order book
Active for 0.843 seconds on average (shortest 0.790 seconds)

[4] Cancels all 210 sell contracts

[1] (Iceberg) order to buy 30 contracts ($5,323,200)

[3] Buys 30 contracts total (7 while sell orders active)

Sell Side: Chanu

Buy Side: Liew

L (30)

C 100

C 110

○ Places Order    ✳ Modifies Order    ⊠ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    — Mid–Price    ▨ Bid–Offer Spread



**September 30, 2011 – 46.110 secs – Gold**

Sell Side: Chanu

[2] 33 orders to sell 420 total contracts ($68,537,500)
Orders are up to 84.7% of visible order book
Active for 6.699 seconds on average (shortest 0.827 seconds)

[4] Cancels all 420 sell contracts

C 10

C 10

C 100          C 10

C 10          C 10

C 2x10          C 2x10

C 2x10          C 3x10

C 2x10          C 3x10

C 5x10          C 8x10

V (70)

[1] (Iceberg) order to buy 70 contracts ($11,417,700)

[3] Buys 6 contracts while sell orders active

Buy Side: Vorley

05:02:20.0    05:02:30.0    05:02:40.0    05:02:50.0    05:03:00.0

○ Places Order    ✳ Modifies Order    ⊠ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    —— Mid-Price    ▧ Bid-Offer Spread

#47a

**September 30, 2011 – 6.860 mins – Gold**



**October 07, 2011 – 18.490 secs – Gold**



Sell Side: Chanu

After buy order placed, 0.011 seconds until next sell order fill
Buy order canceled 0.453 seconds after last sell order fill

C (9)

[1] (Iceberg) order to sell 61 contracts

[2] Sells 48 contracts

[4] Sells 4 contracts while buy order active

[6] Sells 5 contracts

C(61/61)

C 9)

L 100

[3] Order to buy 100 contracts ($16,604,000)
Order is 67.1% of visible order book
Active for 0.630 seconds

[5] Cancels all 100 buy contracts

C 4)

[7] Sells final 4 contracts

Buy Side: Liew

02:45:40.0    02:45:45.0    02:45:50.0    02:45:55.0

○ Places Order   ✳ Modifies Order   ⊗ Cancels Order   ▽ Buys Contract   △ Sells Contract   (Iceberg Order)   — Mid–Price   ▨ Bid–Offer Spread



June 13, 2012 – 38.270 secs – Gold



**June 13, 2012 – 5.860 mins – Gold**

#49a



**July 10, 2012 – 4.720 mins – Gold**



**July 13, 2012 – 31.700 secs – Gold**



July 13, 2012 – 1.790 mins – Gold

#51a

#52

**August 29, 2012 – 1.000 mins – Gold**



Sell Side: Chanu

[2] 17 orders to sell 170 total contracts ($28,410,800)
Orders are up to 62.3% of visible order book
Active for 3.713 seconds on average (shortest 1.135 seconds)

[4] Cancels all 170 sell contracts

C 2x10
C 3x10
C 2x10
C 4x10
C 2x10
C 4x10

First sell order placed 775.598 seconds after buy order
After first sell order placed, 0.426 seconds until next buy order fill

C(20/20)

[1] (Iceberg) order to buy 20 contracts ($3,341,200)
placed at 01:48:25.850, with 20 contracts remaining

[3] Buys 20 contracts (first 17 while sell orders active)

Buy Side: Chanu

○ Places Order    ✳ Modifies Order    ⊠ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    — Mid-Price    ▨ Bid–Offer Spread

#52a





September 05, 2012 – 2.630 mins – Gold



**September 14, 2012 – 12.560 mins – Gold**

Sell Side: Chanu

[3] 22 orders to sell 220 total contracts ($39,029,600)
Orders are up to 72.1% of visible order book
Active for 3.470 seconds on average (shortest 0.845 seconds)

[5] Cancels all 220 sell contracts

C 22x10

[1] (Iceberg) order to buy 20 contracts ($3,547,200)

[2] Buys 15 contracts

C (20)

[4] Buys final 5 contracts while sell orders active

Buy Side: Chanu

02:43:20.0    02:46:40.0    02:50:00.0    02:53:20.0

○ Places Order   ✳ Modifies Order   ⊠ Cancels Order   ▽ Buys Contract   △ Sells Contract   (Iceberg Order)   — Mid–Price   ▨ Bid–Offer Spread

**September 14, 2012 – 3.270 mins – Gold**



**September 14, 2012 – 21.730 mins – Gold**

#54b



**October 04, 2012 – 3.610 mins – Silver**





October 05, 2012 – 2.580 mins – Gold



**October 05, 2012 – 4.040 mins – Gold**



**October 25, 2012 – 4.070 mins – Silver**

#57

Sell Side: Chanu

[2] Order to sell 100 contracts ($16,020,000)
Order is 51.8% of visible order book
Active for 1.454 seconds

[4] Cancels all 100 sell contracts

C 100

Sell order placed 141.897 seconds after buy order
First buy order fill 0.068 seconds after sell order placed

C (20)

[3] Buys 20 contracts total (first 8 while sell order active)

[1] (Iceberg) order to buy 20 contracts ($3,201,500)

Buy Side: Chanu

○ Places Order   ✳ Modifies Order   ⊠ Cancels Order   ▽ Buys Contract   △ Sells Contract   (Iceberg Order)   — Mid–Price   ▨ Bid–Offer Spread



January 28, 2013 – 32.140 secs – Gold



**January 28, 2013 – 1.090 mins – Gold**



June 02, 2013 – 40.000 secs – Gold

Sell Side: Chanu

[1] (Iceberg) order to sell 50 contracts ($6,978,000) placed at 19:52:13.056 Display quantity is 1 contract

[3] Sells 3 contracts while buy order active

C(50/50)

Buy order placed 202.614 seconds after sell order
First sell order fill 0.003 seconds after buy order placed

C 100

[2] Order to buy 100 contracts ($13,953,000)
Order is 62.1% of visible order book
Active for 1.054 seconds

[4] Cancels all 100 buy contracts

Buy Side: Chanu

○ Places Order    ✳ Modifies Order    ⊠ Cancels Order    ▽ Buys Contract    △ Sells Contract    (Iceberg Order)    ── Mid–Price    ▨ Bid–Offer Spread



June 02, 2013 – 5.540 mins – Gold



**July 09, 2013 – 5.690 secs – Gold**



July 09, 2013 – 2.820 mins – Gold

#60a



January 29, 2009 – 2.210 mins – Gold

Chat: Government Exhibit 141

**January 29, 2009 – 2.210 mins – Gold**

#61a

Chat: Government Exhibit 141