# EXHIBIT B

GOVERNMENT EXHIBIT
32
Case: 1:18-cr-00035

# 61 Episodes in Exhibit 1





*Average Order Size*

1 (visible) — 57 (total) — **Iceberg Orders**

132 (visible) — 132 (total) — **Visible Orders**









## *Visible Order Sizes*

| Order Size | # of Orders | % |
|---|---|---|
| 10-Lot Group | 1,311 | *94%* |
| 101 Lots | 45 | *3%* |
| 100 Lots | 25 | *2%* |
| Other | 10 | *1%* |
| Total | 1,391 | *100%* |