# EXHIBIT C

GOVERNMENT EXHIBIT
33
Case: 1:18-cr-00035

# All Gold and Silver Resting Orders
*(Top 5 Levels)*











