

**U.S. Department of Justice**
*Criminal Division, Fraud Section*

---

August 5, 2020

**<u>VIA EMAIL</u>**

| | |
|---|---|
| Michael G. McGovern, Esq. | Roger A. Burlingame, Esq. |
| Ropes & Gray LLP | Dechert LLP |
| 1211 Avenue of the Americas | 160 Queen Victoria Street |
| New York, NY 10036 | London EC4V 4QQ, United Kingdom |
| michael.mcgovern@ropesgray.com | Roger.Burlingame@dechert.com |

      Re:    *United States v. Vorley, et. al*, No. 18 CR 35

Dear Counsel:

      Please find attached drafts of certain summary exhibits. Specifically, the attached summaries correspond to Exhibits 1, 32, and 33 on the government's exhibit list. In addition, certain of the charts in Exhibit 1 also comprise the summary charts in Exhibits 2 through 17. Although summary exhibits are not due for several weeks, the attached charts are substantially in final form, so we are providing them now. We expect to introduce these summaries through a witness from Analysis Group, Inc. Thereafter, other trial witnesses will refer to them. At this time, the government anticipates that these witnesses are David Liew, Special Agent Jonathan Luca, Professor Kumar Venkataraman, Charles Graf, Anand Twells, and Travis Varner.

      Very truly yours,

      */s/ Avi Perry*
      Avi Perry, Assistant Chief
      Brian Young, Deputy Chief
      Leslie S. Garthwaite, Trial Attorney
      U.S. Department of Justice
      Criminal Division, Fraud Section